IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 17-5013-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. F4870553<br>Location Code: M3 |
| vs. | ORDER |
| STEVEN L. EWING, | |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on March 23, 2018, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. F4870553 issued to Steven L. Ewing on November 19, 2016.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on March 22, 2017 for Steven L. Ewing regarding Violation No. F4870553 shall be QUASHED

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 22nd day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1